234

Submitted on record and briefs April 7, reversed and remanded for further proceedings May 31, 2000

In the Matter of
Jedidiah Hartley,
Alleged to be a Mentally Ill Person.
STATE OF OREGON,
*Respondent,*

*v.*

Jedidiah HARTLEY,
*Appellant.*
(C980140MC; CA A104935)

999 P2d 560

Susan D. Isaacs filed the brief for appellant.

Philip Schradle filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge,* and Armstrong, Judge.

PER CURIAM

---

* Deits, C. J., *vice* Kistler, J.

## PER CURIAM

In this civil commitment proceeding, appellant assigns error to the trial court's failure to inform him of his right to subpoena witnesses. ORS 426.100(1)(d). The state concedes error, and we agree. *State v. Grellert*, 144 Or App 201, 925 P2d 161 (1996).

Reversed and remanded for further proceedings.